Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
T: (702) 872-5555
F: (702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
Attorneys for Defendant
Best Buy Co., Inc.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| David Losey, individually, | Case No.: 2:23-cv-01958-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| Best Buy Co., Inc., a foreign corporation; and DOES 1 through 100; and ROE CORPORATIONS 101 through 200, | ECF No. 27 |
| Defendants | |

In accordance with the Local Rule of Practice for the United States District Court for the District of Nevada ("LR") IA 6-1 and 26-3, Defendant Best Buy Co., Inc. ("*Defendant*" or "*Best Buy*") by and through their counsel of record Jack P. Burden, Esq., of the law firm BACKUS | BURDEN, and Plaintiff David Losey, by and through his counsel of record Scott Poisson, Esq., and Daniel J. Tafoya, Esq., of the law firm of HIGH STAKES INJURY LAW hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above-entitled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

**IT IS HEREBY REQUESTED** that the Trial of May 19, 2026 and all dates connected thereto, be **VACATAED.**

DATED this 12 day of August, 2025.    DATED this 13th day of August, 2025.

**HIGH STAKES INJURY LAW**         **BACKUS | BURDEN**

/s/ _____      /s/    JACK P. BURDEN
SCOTT L. POISSON                  Jack P. Burden, Esq.
Daniel Tafoya, Esq                Jacquelyn Franco, Esq.
**HIGH STAKES INJURY LAW**         3050 South Durango Drive
320 South Jones                   Las Vegas, NV 89117
Las Vegas, Nevada 89107           T: 702.872.5555
(702) 256-4566  - (702) 256-6280 fax   Attorneys for Defendant
Attorneys for Plaintiff David Losey    Best Buy Co., Inc

## ORDER - Case No.: 2:23-cv-01958-JAD-BNW

Based on the parties' stipulation **[ECF No. 27]** and with good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE** and VACATE the trial and all related dates, hearings, and deadlines.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: August 18, 2025